# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALLEN THOMAS,<br><br>  Petitioner,<br><br>v.<br><br>VICTOR M. ALMAGER,<br><br>  Respondent. | 1:07-cv-001174-LJO-DLB (HC)<br><br>**ORDER AUTHORIZING**<br>**IN FORMA PAUPERIS STATUS** |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **August 15, 2007**          **/s/ Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE