1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | JAMES ALLEN THOMAS,                           1:07-cv-01174-LJO-DLB-HC

10 |                          Petitioner,         ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATION, DENYING PETITION
11 |         v.                                    FOR WRIT OF HABEAS CORPUS, AND
                                                  DECLINING TO ISSUE CERTIFICATE OF
12 |                                              APPEALABILITY
     VICTOR M. ALMAGER,
13 |                                              [Doc. 14]
                          Respondent.
14 | _____ /

15
16       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

18       On June 30, 2008, the Magistrate Judge issued Findings and Recommendation that the

19  Petition for Writ of Habeas Corpus be DENIED.  This Findings and Recommendation was

20  served on all parties and contained notice that any objections were to be filed within thirty (30)

21  days of the date of service of the order.  Over thirty (30) days have passed and no party has filed

22  objections.

23       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

24  a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

25  Findings and Recommendation is supported by the record and proper analysis.

26       Accordingly, IT IS HEREBY ORDERED that:

27       1.      The Findings and Recommendation issued June 30, 2008, is ADOPTED IN

28               FULL;

2.      The Petition for Writ of Habeas Corpus is DENIED;

3.      The Clerk of the Court is DIRECTED to enter judgment for Respondent; and,

4.      The court declines to issue a Certificate of Appealability.  28 U.S.C. § 2253(c);
        Slack v. McDaniel, 529 U.S. 473, 484 (2000) (a COA should be granted where
        the applicant has made "a substantial showing of the denial of a constitutional
        right," i.e., when "reasonable jurists would find the district court's assessment of
        the constitutional claims debatable or wrong"; Hoffman v. Arave, 455 F.3d 926,
        943 (9th Cir. 2006) (same).  In the present case, the Court finds that reasonable
        jurists would not find it debatable that the state courts' decision denying
        Petitioner's petition for writ of habeas corpus were not "objectively
        unreasonable."

IT IS SO ORDERED.

**Dated:    August 15, 2008** _____ **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE